ORDER
PER CURIAM:
On December 15, 2003, in a single-judge decision, the Court affirmed an August 29, 2001, decision of the Board of Veterans’ Appeals that denied entitlement to compensation under 38 U.S.C. § 1151 for a disability causing numbness and weakness of the left arm, with constant pain in the neck and left shoulder, which the appellant had claimed was the result of surgery performed by VA in 1980. On January 2, 2004, the appellant, with the assistance of counsel, filed a timely motion for reconsideration or, in the alternative, a panel decision.
Upon consideration of the foregoing, the record on appeal, and the parties’ prior pleadings, it is
ORDERED, by the single judge, that the motion for reconsideration is denied. It is
ORDERED, by the panel, that the motion for a panel decision is denied.